FILED
CLERK, U.S. DISTRICT COURT

SEP 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALVIN EARL MAYS, | NO. ED CV 08-42-GPS(E) |
| Petitioner, | |
| v. | JUDGMENT |
| SHERIFF GARY PENROD, et al. | |
| Respondent. | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: SEP 25 2008 , 2008.

_____
~~GEORGE P. SCHIAVELLI~~
UNITED STATES DISTRICT JUDGE
GARY KLAUSNER